IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEVIN BRANDIS PUGH,          )
                                    )
       Plaintiff,             )
                                    )
v.                                )     CASE NO. 2:25-cv-00013-RAH-KFP
                                  )
COLBERT COUNTY, ALABAMA,   )
                                  )
       Defendant.       )

## ORDER

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 1, 2025. (Doc. 16.)  In the Recommendation, the Magistrate Judge recommends that this case be transferred to the United States District Court for the Northern District of Alabama since it appears that most or all of the records and witnesses relevant to the underlying claims are likely to be located in Colbert County, Alabama (i.e., the Northern District of Alabama) and therefore that it appears there is no factual basis for proper venue or convenience of the witnesses and parties in the Middle District of Alabama. On May 15, 2025, Plaintiff filed a one-sentence response motion in which he objects to the dismissal of all of his cases, including this case. (Doc. 18.)  His response however suggests that he does not oppose transfer of this case to the proper venue proper.  Other than this statement, Plaintiff provides no argument, discussion or explanation as to why the Magistrate Judge's Recommendation is in error.  After an independent and de novo review of the file, and for good cause, it is ORDERED as follows:

(1)     Any objections to the Recommendation are OVERRULED;

(2)    The Recommendation is ADOPTED;

(3)    This case is hereby transferred to the United States District Court for the Northern District of Alabama, Northwestern Division; and

(4)    The Clerk of Court shall undertake all actions necessary to effectuate the transfer.

DONE, on this the 3rd day of June 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE